UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| AARON BURNS, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 1:19-cv-00078-ACL |
| JASON LEWIS, | ) ) ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

Petitioner Aaron Burns has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, but has neither paid the filing fee nor filed a motion for leave to proceed in forma pauperis. Accordingly,

**IT IS HEREBY ORDERED** that petitioner must either pay the $5.00 filing fee, or submit a motion for leave to proceed in forma pauperis within **twenty-one (21)** days of the date of this order.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail to petitioner a copy of the Court's form Motion to Proceed in Forma Pauperis – Habeas Cases.

Dated this 11th day of July, 2019.

*/s/ Abbie Crites-Leoni*
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE